THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEXIA REAL ESTATE CAPITAL MARKETS, INC.,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN A. KEMPH AND GREGORY M. CAZEL,<br>　　　　　　Defendants.<br><br>STEPHEN A. KEMPH AND GREGORY M. CAZEL,<br><br>　　Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>ROBERT K. RILEY, Individually, and the marital community thereof, GUY COOLS, Individually, and the marital community thereof, and LES KUTAS, Individually, and the marital community thereof,<br><br>　　　　　　Third-Party Defendants. | CASE NO.: 2:08-cv-00894-JLB<br><br>Consolidated with<br><br>CASE NO.: 2:08-cv-00895-TSZ<br><br><br>GREGORY M. CAZEL AND STEPHEN A. KEMPH, JR.'S RULE 12(f) MOTION TO STRIKE DEXIA'S FIRST, SIXTH AND EIGHTH AFFIRMATIVE DEFENSES AND MESSRS. RILEY, KUTAS AND COOLS' FIRST, FIFTH AND SEVENTH AFFIRMATIVE DEFENSES<br><br>NOTE ON MOTION CALENDAR:<br>FRIDAY, AUGUST 22, 2008 |

　　Gregory M. Cazel and Stephen A. Kemph, Jr. hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure 12(f) to strike Dexia's first, sixth and eighth affirmative defenses and Messrs. Riley, Cools and Kutas' first, fifth and seventh

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses - 1

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

affirmative defenses. In support thereof, Messrs. Cazel and Kemph state as follows:

## BACKGROUND

Dexia and third-party defendants Messrs. Riley, Cools and Kutas filed answers and several purported affirmative defenses to the counterclaims and third-party complaints filed against them by Gregory M. Cazel and Stephen A. Kemph, Jr. Messrs. Cazel and Kemph filed responses of the purported affirmative defenses, denying the material allegations of each. Dexia's first, sixth and eighth affirmative defenses and Messrs. Riley, Cools and Kutas' first, fifth and seventh affirmative defenses are insufficient as a matter of law as they are either bare bones conclusory statements or they simply name legal theories without indicating how they are applicable to the subject lawsuit. Accordingly, the affirmative defenses should be stricken pursuant to Federal Rule of Civil Procedure 12(f).

## STANDARD FOR PLEADING AFFIRMATIVE DEFENSES

An affirmative defense has been pleaded with sufficient particularity if it gives the party against whom the defense is asserted, "fair notice of the defense." *Wyshak v. City National Bank*, 607 F.2d 824, 827 (9th Cir. 1979). Affirmative defenses must set forth a "short and plain statement" but even under the "liberal notice pleading standard of the Federal Rules of Civil Procedure, an allegation must include either direct or inferential allegations respecting all material elements of the claim asserted." *Renalds v. S.R.G. Restaurant Group, et al.*, 119 F.Supp.2d 800, 801 (N.D.Ill. 2000). "Bare legal conclusions attached to narrated facts will not suffice." *Id.*

## ARGUMENT

<u>Dexia's First Affirmative Defense:</u>    Cazel/Kemph's Counterclaim/Amended Counterclaim fails to state a claim against Dexia for which relief may be granted.

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses -
2

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

| | |
|---|---|
| Messrs. Riley, Cools and Kutas' First Affirmative Defense: | Cazel/Kemph's Third-Party Complaint fails to state a claim against Third-Party Defendants for which relief may be granted. |

Dexia and Messrs. Riley, Cools and Kutas answered every count of the Cazel and Kemph counterclaims and third-party complaints. Neither Dexia nor Messrs. Riley, Cools and Kutas filed a motion to dismiss under Rule 12(b)(6) or any other pleading motion to dismiss. Yet, as their first affirmative defense, Dexia and Messrs. Riley, Cools and Kutas allege that the Cazel and Kemph counterclaims and third-party complaints fail to state a claim upon which relief may be granted. As alleged, the first affirmative defense provides no explanation as to how Cazel and Kemph have failed to state a claim upon which relief may be granted. This is especially true in light of that fact that Dexia and Messrs. Riley, Cools and Kutas answered every count of the counterclaims and third-party complaints. The first affirmative defense is "no more than a recitation of the standard for a motion to dismiss under Rule 12(b)(6)," and therefore it should be stricken. *Renalds v. S.R.G. Restaurant Group, et al.*, 119 F.Supp.2d 800, 803 (N.D.Ill. 2000).

| | |
|---|---|
| Dexia's Sixth Affirmative Defense: | Cazel/Kemph's claims are barred, in whole or in part, by principles of waiver and estoppel. |
| Messrs. Riley, Cools and Kutas' Fifth Affirmative Defense: | Cazel/Kemph's claims are barred, in whole or in part, by principles of waiver and estoppel. |

In this affirmative defense, Dexia and Messrs. Riley, Cools and Kutas simply list waiver and estoppel without providing any basis as to why those two purported defenses apply to the subject lawsuit. "It is unacceptable for a party's attorney simply to mouth out ADs in formula-like fashion ("laches," "estoppel," "statute of limitations,"

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses - 3

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

or what have you)" as doing so does not apprise opposing counsel or the court of the basis for the purported defenses, the goal of notice pleading. *State Farm Mutual Automobile Insurance Company v. Riey*, 199 F.R.D, 276, 279 (N.D.Ill. 2001). As no basis is pleaded for the waiver and estoppel affirmative defenses they should be stricken.

| | |
|---|---|
| <u>Dexia's Eighth Affirmative Defense:</u> | Dexia asserts that it may have further and additional affirmative defenses, the nature of which cannot be determined until Dexia has had an opportunity to complete discovery. |
| <u>Messrs. Riley, Cools and Kutas' Seventh Affirmative Defense:</u> | Third-Party Defendants assert that they may additional affirmative defenses, the nature of which cannot be determined until Third-Party Defendants have had an opportunity to complete discovery. |

This purported affirmative defense is not a defense. *Federal Trade Commission v. Stefanchik*, No. C04-1852RSM, 2004 U.S. Dist. LEXIS 30710, at *7 (W.D. Wash. November 12, 2004). By way of this alleged affirmative defense, Dexia and Messrs. Riley, Cools and Kutas are merely attempting to reserve their right to raise additional affirmative defenses later in these proceedings. *Id.* If at some point Dexia and Messrs. Riley, Cools and Kutas later discover evidence giving rise to an affirmative defense, the proper procedure is for them to seek leave of court to file an amended answer. *Id.* Thus, this purported affirmative defense should be stricken.

WHEREFORE, Gregory M. Cazel and Stephen A. Kemph, Jr., respectfully request that this Honorable Court enter an order striking Dexia's first, sixth and eighth affirmative defenses to the counterclaims of Messrs. Cazel and Kemph and stricken Messrs. Riley, Cools and Kutas' first, fifth and seventh affirmative defenses to the third-

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses - 4

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

party complaints of Messrs. Cazel and Kemph and requiring them to file amended answers and affirmative defenses not including the affirmative defenses at issue in this motion.

Dated this 12th day of August, 2008

Segal McCambridge Singer & Mahoney, Ltd.

By: /s/ Robert J. McLaughlin
Robert J. McLaughlin, Esq., IL ARDC #6272701
Attorney for Gregory M. Cazel and Stephen A. Kemph, Jr.

GRANT & ASSOCIATES

By: /s/ Artis C. Grant, Jr.
Artis C. Grant, Jr., WSBA #26204
Attorney for Gregory M. Cazel and Stephen A. Kemph, Jr.

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses - 5

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEXIA REAL ESTATE CAPITAL MARKETS, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>STEPHEN A. KEMPH AND GREGORY M. CAZEL,<br><br>                Defendants.<br><br>STEPHEN A. KEMPH AND GREGORY M. CAZEL,<br><br>                Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>ROBERT K. RILEY, Individually, and the marital community thereof, GUY COOLS, Individually, and the marital community thereof, and LES KUTAS, Individually, and the marital community thereof,<br><br>                Third-Party Defendants. | CASE NO.: 2:08-cv-00894-JLB<br><br>Consolidated with<br><br>CASE NO.: 2:08-cv-00895-TSZ<br><br>PROPOSED ORDER ON GREGORY M. CAZEL AND STEPHEN A. KEMPH, JR.'S RULE 12(f) MOTION TO STRIKE DEXIA'S FIRST, SIXTH AND EIGHTH AFFIRMATIVE DEFENSES AND MESSRS. RILEY, KUTAS AND COOLS' FIRST, FIFTH AND SEVENTH AFFIRMATIVE DEFENSES |

## ORDER

This matter coming before the Court on the motion of Gregory M. Cazel and Stephen A. Kemph, Jr. pursuant to Federal Rule of Civil Procedure 12(f) to strike

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses - 6

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

Dexia's first, sixth and eighth affirmative defenses and Messrs. Riley, Cools and Kutas' first, fifth and seventh affirmative defenses, IT IS HEREBY ORDERED:

(1) The motion to strike is granted;

(2) Dexia's first, sixth and eight affirmative defenses to Messrs. Cazel and Kemph's counterclaims are stricken;

(3) Messrs. Riley, Cools and Kutas' first, fifth and seventh affirmative defenses to Messrs. Cazel and Kemph's Third-Party Complaint are stricken; and

(4) Dexia and Messrs. Riley, Cools and Kutas shall file amended answers and affirmative defenses within seven (7) days, said amended answers and affirmative defenses shall not include the affirmative defenses stricken pursuant to this order.

DATED this _____ day of August, 2008.

_____
THE HONORABLE **JAMES L. ROBART**

Segal McCambridge Singer & Mahoney, Ltd.

By: /s/ Robert J. McLaughlin
Robert J. McLaughlin, Esq., IL ARDC #6272701
Attorney for Gregory M. Cazel and Stephen A. Kemph, Jr

GRANT & ASSOCIATES

By: /s/ Artis C. Grant, Jr.
Artis C. Grant, Jr., WSBA #26204
Attorney for Gregory M. Cazel and Stephen A. Kemph, Jr.

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses -
7

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2008, I electronically filed Gregory M. Cazel and Stephen A. Kemph, Jr.'s Rule 12(f) Motion to Strike Affirmative Defenses, with the Clerk of the Circuit Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joseph B. Genster | jbg@hcmp.com |
| Artis C. Grant, Jr. | agrant@lawdome.com |
| Sarah C. Madison | smadison@bestlaw.com |
| Sarah E. Ruter | sruter@bestlaw.com |
| Robert J. McLaughlin | rmclaughlin@smsm.com |

Gregory M. Cazel and Stephen A. Kemph, Jr.'s
Rule 12(f) Motion to Strike Affirmative Defenses - 8

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD
233 S. Wacker Drive
Sears Tower, Suite 5500
Chicago, Illinois 60606
Telephone (312) 645-7800

GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213